# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| BLOCK COMMUNICATIONS, INC., *et al.*, | Case No. 3:18-cv-01315-JJH |
| Plaintiffs-Counterclaim Defendants, | Judge Jeffrey J. Helmick |
| v. | |
| MOORGATE CAPITAL PARNTERS, LLC, and MOORGATE SECURITIES, LLC, | |
| Defendants, | |
| and | |
| LMC SOUTHEAST CABLE PARTNERS, LLC, | |
| Defendant-Counterclaim Plaintiff. | |

\* \* \*

## **PLAINTIFFS' MOTION TO DISQUALIFY HOULIHAN LOKEY**

Plaintiffs Block Communications, Inc. and BCI Mississippi Broadband, LLC respectfully move this Court for an Order disqualifying Houlihan Lokey as the third party valuation firm appointed by the Court. As explained in the accompanying Memorandum, a recently departed Managing Director at Houlihan Lokey is now employed by Defendant Moorgate Capital Partners, LLC as a Managing Director, creating an appearance of impropriety that warrants disqualification.

18646398v1

Respectfully submitted,

*/s/ Matthew T. Kemp*
Matthew T. Kemp
Peter R. Silverman
SHUMAKER, LOOP & KENDRICK, LLP
1000 Jackson Street
Toledo, Ohio 43604
Telephone:  (419) 321-1206
Fax:             (419) 241-6894
E-Mail:        mkemp@shumaker.com
                    psilverman@shumaker.com

*Attorneys for Plaintiffs/Counterclaim Defendants*
*Block Communications, Inc. and*
*BCI Mississippi Broadband, LLC*

## CERTIFICATE OF SERVICE

This is to certify that on May 2, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew T. Kemp*
Matthew T. Kemp
Peter R. Silverman
SHUMAKER, LOOP & KENDRICK, LLP

*Attorneys for Plaintiffs/Counterclaim Defendants*
*Block Communications, Inc. and*
*BCI Mississippi Broadband, LLC*