UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Block Communications, Inc., *et al.*,   Case No. 3:18-cv-1315

    Plaintiffs,

  v.   JUDGMENT ENTRY

Moorgate Capital Partners, LLC, *et al.*,

    Defendants.

For the reasons stated in the Memorandum Opinion and Order filed contemporaneously and on the record during the June 27, 2023 hearing, I deny Plaintiffs' motion to disqualify Houlihan Lokey. (Doc. No. 115).

So Ordered.

                                      s/ Jeffrey J. Helmick
                                      United States District Judge